Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 27, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 27, 2005.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01222-CV

____________

 

IN RE RODNEY POULLARD, JR., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 27, 2004, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this court compel the judge of the 21st District Court in
Burleson County to rule on a Awrit of error@ relator allegedly filed on July
22, 2004. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 27, 2004.

Panel consists of
Justices Anderson, Hudson, and Frost.